IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **BULENT ALTINKAYA** | ) | No. 16B 13351 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on December 5, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL  60602
312-368-0300                                          BY: /s/ Gina B. Krol
                                                                    Ch 7 Bankruptcy Trustee

Service List:

Illinois Dept of Revenue
P.O. Box 7346
Philadelphia, PA   19101-7346

Capital One Bank USA, NA
P.O. Box 71083
Charlotte, NC   28272-1083

Illinois Bell Telephone Co.
c/o AT&T Services, Inc.
Karen A. Cavagnaro – Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ   07921

David Freydin
David.freydin@freydinlaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov