UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ALTINKAYA, BULENT § Case No. 16-13351 DRC
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 18,864.07 *(Without deducting any secured claims)* | Assets Exempt: 8,225.00 |
| Total Distributions to Claimants: 24,359.07 | Claims Discharged Without Payment: 129,377.73 |
| Total Expenses of Administration: 5,640.93 | |

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,640.93 | 5,640.93 | 5,640.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 80,000.00 | 52,986.97 | 52,986.97 | 24,359.07 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,293.00 | 57,563.83 | 57,563.83 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 147,293.00 | $ 116,191.73 | $ 116,191.73 | $ 30,000.00 |

4) This case was originally filed under chapter 7 on 04/19/2016. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2017             By: /s/GINA B. KROL
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BMO HARRIS | 1129-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| KROL, GINA B. | 2200-000 | NA | 4.35 | 4.35 | 4.35 |
| ASSOCIATED BANK | 2600-000 | NA | 151.64 | 151.64 | 151.64 |
| COHEN & KROL | 3110-000 | NA | 1,155.01 | 1,155.01 | 1,155.01 |
| GINA B. KROL | 3110-000 | NA | 577.49 | 577.49 | 577.49 |
| COHEN & KROL | 3120-000 | NA | 2.44 | 2.44 | 2.44 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,640.93 | $ 5,640.93 | $ 5,640.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | INTERNAL REVENUE SERVICE | 5800-000 | 80,000.00 | 52,986.97 | 52,986.97 | 24,359.07 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 80,000.00 | $ 52,986.97 | $ 52,986.97 | $ 24,359.07 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Correspondence Po Box 981540 ElPaso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | At&T Universal Citi Card Po Box 6500 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 22,220.00 | NA | NA | 0.00 |
| | Bank Of America Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank od America Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Po Box 8801 Wilmington, DE 19899 | | 0.00 | NA | NA | 0.00 |
| | Cap1/bstby | | 0.00 | NA | NA | 0.00 |
| | Cap1/saks 3455 Hwy 80 West Jackson, MS 39209 | | 0.00 | NA | NA | 0.00 |
| | Capital One Attn: Bankruptcy Pob 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Capital One Attn: Bankruptcy Pob 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Cbna Po Box 6283 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 20,577.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 389.00 | NA | NA | 0.00 |
| | Citibank/Best Buy Centralized Bankruptcy/CitiCorp Credit S Po Box 790040 St Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Dell Financial Services Po Box 81577 Austin, TX 78708 | | 0.00 | NA | NA | 0.00 |
| | Discover Financial Attn: Bankruptcy Po Box 3025 New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | NTB/CBSD CitiCards Private Label Centralized Bank Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Syncb/tweeter C/o P.o. Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Gap Attn: Bankrupty Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Visa Dept Store National Bank Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| 000001 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 32,615.29 | 32,615.29 | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 24,107.00 | 24,107.39 | 24,107.39 | 0.00 |
| 000003 | ILLINOIS BELL TELEPHONE COMPANY | 7100-900 | NA | 841.15 | 841.15 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 67,293.00 | $ 57,563.83 | $ 57,563.83 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-13351   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ALTINKAYA, BULENT | Date Filed (f) or Converted (c): | 04/19/16 (f) |
| | | 341(a) Meeting Date: | 05/17/16 |
| For Period Ending: | 03/06/17 | Claims Bar Date: | 10/21/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2006 JEEP COMMANDER MILEAGE: 193,000 | 2,500.00 | 0.00 | | 0.00 | FA |
| 2. 2010 INTERNATIONAL (TITLE IS HELD BY PAC LOGISTICS | 18,000.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS & FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. ELECTRONICS | 100.00 | 0.00 | | 0.00 | FA |
| 5. SPORTS TROPHY | 500.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES | 325.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 8. CASH | 300.00 | 0.00 | | 0.00 | FA |
| 9. BMO HARRIS | 31,700.00 | 0.00 | | 30,000.00 | FA |
| Schedule amended 5/26/16 elminated the CBOT seat and increased bank account by the amount of the proceeds | | | | | |
| 10. BMO HARRIS BANK (One World Trading LLC) | 364.07 | 0.00 | | 0.00 | FA |
| 11. PAC LOGISTICS, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 12. ONE WORLD TRADING, INC. (INACTIVE SINCE 2009) | 0.00 | 0.00 | | 0.00 | FA |
| 13. LACINA CORP (INACTIVE SINCE 2010) | 0.00 | 0.00 | | 0.00 | FA |
| 14. MOLIVA CORP. (INACTIVE SINCE 2011) | 0.00 | 0.00 | | 0.00 | FA |
| 15. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $58,089.07 | $0.00 | | $30,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to US TEE October 31, 2016, 02:31 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 16-13351    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | ALTINKAYA, BULENT | Date Filed (f) or Converted (c): | 04/19/16 (f) |
| | | 341(a) Meeting Date: | 05/17/16 |
| | | Claims Bar Date: | 10/21/16 |

Trustee awaiting claim bar date to expire TFR to follow

October 12, 2016, 02:58 pm

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

/s/    GINA B. KROL
_____    Date: 03/06/17
    GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 16-13351 -DRC |
| Case Name: | ALTINKAYA, BULENT |
| Taxpayer ID No: | *******3851 |
| For Period Ending: | 03/06/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7897 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/16 | 9 | Law Ofc of David Freydin IOLTA<br>8707 Skokie Blvd<br>Suite 305<br>Skokie, IL 60077 | SEAT ON CHICAGO BOARD OF TRADE | 1129-000 | 24,000.00 | | 24,000.00 |
| 06/23/16 | 9 | BULENT ALTINKAYA | iNTEREST IN MOLIVA CORP | 1129-000 | 6,000.00 | | 30,000.00 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.56 | 29,980.44 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.57 | 29,935.87 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.50 | 29,891.37 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.01 | 29,848.36 |
| 01/20/17 | 030001 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 3,754.35 | 26,094.01 |
| | | | Fees          3,750.00 | 2100-000 | | | |
| | | | Expenses         4.35 | 2200-000 | | | |
| 01/20/17 | 030002 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 577.49 | 25,516.52 |
| 01/20/17 | 030003 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 1,157.45 | 24,359.07 |
| | | | Fees          1,155.01 | 3110-000 | | | |
| | | | Expenses         2.44 | 3120-000 | | | |
| 01/20/17 | 030004 | Internal Revenue Service<br>PO BOX 7346 | Final Distribution | 5800-000 | | 24,359.07 | 0.00 |

Page Subtotals    30,000.00    30,000.00

Ver: 19.07

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 16-13351 -DRC |
| Case Name: | ALTINKAYA, BULENT |
| Taxpayer ID No: | *******3851 |
| For Period Ending: | 03/06/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7897 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Philadelphia, PA 19101-7346 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,000.00 | 30,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,000.00 | 30,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,000.00 | 30,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********7897) | 30,000.00 | 30,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 30,000.00 | 30,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 19.07

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*